HALL *v.* MISSISSIPPI.

No. 672, Misc.   Decided November 14, 1966.

PER CURIAM.

The appeal is dismissed.

THE CHIEF JUSTICE, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE are of the opinion that the appeal should be dismissed for want of jurisdiction.

MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that probable jurisdiction should be noted.